[No. 14698.   Department Two.   July 10, 1918.]

CARL MURRAY, *Respondent,* v. STAR PAINT & WALL PAPER COMPANY, *Appellant.*[1]

APPEAL—REVIEW—DISCRETION—NEW TRIAL. The granting of a new trial will not be disturbed on appeal except for abuse of discretion.

Appeal from an order of the superior court for King county, Ronald, J., entered November 5, 1917, granting a new trial, after the verdict of a jury rendered in favor of the defendant, in an action in tort. Affirmed.

*Cassius E. Gates,* for appellant.

*Myers & Johnstone,* for respondent.

[1]Reported in 173 Pac. 721.

PER CURIAM.—In this action respondent seeks recovery for personal injuries sustained by him in an automobile collision in Seattle. The case was tried before a jury, which found for defendant. This is an appeal from the order of the court granting respondent a new trial. The lower court is vested with discretion to grant or deny a motion for new trial, and when that judgment is so entered, it will not be disturbed on appeal unless it is shown that there was a manifest abuse of such discretion. *Hawn v. Yakima County*, 93 Wash. 87, 160 Pac. 7.

The record presenting no such abuse, the judgment is affirmed.